UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Darren Golde

                    Plaintiff,

v.                                                   Case No.: 1:19−cv−06677
                                                                Honorable Andrea R. Wood

Financial Industry Regulatory Authority, Inc.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, December 19, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Only counsel for Petitioner appeared. Pursuant to the discussion held in open court and for the reasons stated on the record, Petitioner's unopposed motion to confirm arbitrator's award [5] is taken under advisement. Status hearing set for 1/23/2020 at 9:00 AM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.